USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RALPH REDDING,

                Petitioner,

        -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS,

                Respondent.
------------------------------------------------------------X

17 CIVIL 7075 (CS)(JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated February 10, 2020, no objections to the Report and Recommendation have been received, and no party has asked for an extension of time to object. Accordingly, the R&R was reviewed for plain error. Finding none, the R&R is adopted as the decision of the Court. The Petition is dismissed. Because reasonable jurists would not find it debatable that Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. Judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York
         February 10, 2020

                                  **RUBY J. KRAJICK**
                                      **Clerk of Court**

**BY:**

                                      **Deputy Clerk**